VANINGAN (FLOYD), Respondent, vs. MUELLER, Appellant.

*May 13—June 20, 1932.*

For the appellant there was a brief by *Grotophorst, Quale & Langer* of Baraboo, and oral argument by *Norman M. Quale.*

For the respondent there was a brief by *Hill & Miller* of Baraboo, and oral argument by *James H. Hill.*

FOWLER, J. This appeal is treated in the opinion in the companion case of *Phyllis Vaningan v. Ernest C. Mueller,* which is filed herewith (*ante,* p. 527, 243 N. W. 419).

*By the Court.*—The judgment of the circuit court is affirmed.